**Order entered April 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00251-CR

**BRYAN KEITH ARELLANES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82219-2013**

## ORDER

The Court **GRANTS** court reporter Susan Jane Lindley's April 14, 2015 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Lindley to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/     ADA BROWN
JUSTICE